UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DENSIL JONES,
    Movant,

v.

UNITED STATES OF AMERICA,
    Defendant.

CASE NO.  06-60037-CV-GONZALEZ
              03-60144-CR-GONZALEZ

### ORDER

This matter comes before the Court upon Petitioner's Motion for Certificate of Appealability dated May 16, 2007 (DE# 18).

A Certificate of Appealability shall not issue unless the Court finds upon one or more specific issues that Petitioner has made a substantial showing of the denial of a constitutional right. Petitioner's previous Motion to Vacate was denied on March 23, 2007 (DE# 15). This Court found that the Petitioner failed to demonstrate that he was prejudiced by any error committed by his counsel at trial or on direct appeal.

The Court finds that jurists of reason would not find it debatable whether the Petition states a valid claim of the denial of a constitutional right. See Slack v. McDaniel, 529 U.S. 476, 480 (2000). The Court further finds that jurists of reason would not find it debatable whether the district court was correct in its procedural ruling. See Id. Having reviewed the request and the record of this action, and being otherwise duly advised, it is hereby:

**ORDERED AND ADJUDGED** that Petitioner's Request for a Certificate of Appealability, filed May 16, 2007, is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 9th day of July 2007.

JOSE A. GONZALEZ, JR.
UNITED STATES DISTRICT JUDGE

cc: Hon. Lurana S. Snow
    All Counsel